# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

RANDALL McCASLAND,          )
           )
    Plaintiff,         )
           )
v.                )      NO. 3:25-cv-00385
           )
COMMISSIONER OF SOCIAL    )
SECURITY ADMINISTRATION,   )
           )
    Defendant.       )

## ORDER

On June 17, 2026, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Court grant Randall McCasland's motion for judgment based on the administrative record. (Doc. No. 14). The Magistrate Judge informed the parties that any objections to the R&R must be filed within 14 days of service. (Id. at 20). The deadline to object was July 1, 2026. Neither party filed any objections.

Where, as here, there are no "timely objection[s]" to the R&R, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment (citations omitted); see also Ashraf v. Adventist Health Sys./Sunbelt, Inc., 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018) (citing Thomas v. Arn, 474 U.S. 140, 150 (1985)) ("The district court is not required to review—under a de novo or any other standard—those aspects of the report and recommendation to which no objection is made.").

Having reviewed the R&R de novo, the Court finds no clear error and agrees that the record is missing relevant medical evidence that the ALJ must consider. Accordingly, the R&R (Doc. No. 14) is **APPROVED AND ADOPTED**. The motion for judgment based on the administrative

record (Doc. No. 10) is **GRANTED** and this action is **REMANDED** for further administrative proceedings.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

2